MORTGAGE COMMISSION OF THE STATE OF NEW YORK, % S. SCHIMMEL, 185 Madison Avenue, Respondent, v. NATHAN BIERBER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS NASTI, Appellant.— Motion for reargument denied. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. In so far as the appellant asks for an order granting leave to appeal to the Court of Appeals, the notice will be considered as an application made to a justice of the Appellate Division, pursuant to the provisions of subdivision 3 of section 520 of the Code of Criminal Procedure, for a certificate permitting an appeal to the Court of Appeals. The application is denied by Mr. Justice Taylor.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HELEN L. SACKETT, Respondent, v. HALSEY J. MUNSON, Assessor of the Town of Rye, New York, and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay continued until the granting or final refusal by the Court of Appeals of leave to appeal. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

PAUL ADLER and Others, Individually and as Copartners Doing Business under the Firm Name and Style of ADLER, COLEMAN & Co., GEORGE SIROTA and Another, Individually and as Copartners Doing Business under the Firm Name and Style of SIROTA, ROSEN & Co., Respondents, v. BUSH TERMINAL COMPANY, JAMES C. VAN SICLEN and C. WALTER RANDALL, as Receivers in Equity of the Bush Terminal Company, a Debtor, under Petition for Reorganization by Reason of Section 77B of the Bankruptcy Act, Appellants.— Order striking from the answer the first, second, third, fourth and fifth defenses on the ground that they are sham, and the counterclaim on the ground that it does not state facts sufficient to constitute a cause of action, and order denying defendants' motion to incorporate in the record on appeal the entire examination of plaintiffs before trial, affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ., concur.